# AMENDED SCHEDULE A

## TO THE AMENDED COMPLAINT

# REDACTED