# **EXHIBIT 1**

US00D749364S

(12) **United States Design Patent** (10) Patent No.: **US D749,364 S**
Hebert (45) Date of Patent: ** Feb. 16, 2016

(54) **SHOT GLASS**

(71) Applicant: **Eric Michael Hebert**, Harrisburg, NC (US)

(72) Inventor: **Eric Michael Hebert**, Harrisburg, NC (US)

(73) Assignee: **Fairly Odd Treasures, LLC.**, Harrisburg, NC (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/513,806**

(22) Filed: **Jan. 6, 2015**

(51) **LOC (10) Cl.** ................................................. 07-01
(52) **U.S. Cl.**
USPC ........................................ **D7/515**; D23/302
(58) **Field of Classification Search**
USPC ....... D7/523, 532, 524, 509, 515, 514, 300.1, D7/536, 533, 368, 306; 220/703, 592.16, 220/592.17; 215/382; D23/302
CPC ... A47G 19/22; A47G 19/23; A47G 19/2205; A24F 3/00; E03D 13/00; A47K 17/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D300,351 | S | * | 3/1989 | Juaire | D23/302 |
| D372,962 | S | * | 8/1996 | Thomas | D23/302 |
| D405,876 | S | * | 2/1999 | Thomas | D23/302 |
| D510,133 | S | * | 9/2005 | Hauflaire | D23/302 |
| D618,323 | S | * | 6/2010 | Ogawa | D23/302 |
| 7,992,231 | B1 | * | 8/2011 | Schlicksup | E03D 13/00 4/300.3 |
| D723,336 | S | * | 3/2015 | Ash | D7/515 |
| D743,012 | S | * | 11/2015 | Ahola | D23/302 |

* cited by examiner

*Primary Examiner* — Marianne Pandozzi

(57) **CLAIM**
The ornamental design for a shot glass, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a shot glass showing my new design;
FIG. **2** is a front view thereof;
FIG. **3** is a back view thereof;
FIG. **4** is a right side view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a top view thereof; and,
FIG. **7** is a bottom view thereof.

**1 Claim, 7 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

**Registration #:** VA0002431436
**Service Request #:** 1-14716389161

## Mail Certificate

Fairly Odd Treasures
Eric Hebert
PO BOX 626
Harrisburg, NC 28075 United States

**Priority:** Special Handling **Application Date:** February 03, 2025

## Correspondent

**Organization Name:** Fairly Odd Treasures
**Name:** Eric Hebert
**Email:** elfcopyrighthelper@outlook.com
**Address:** PO BOX 626
Harrisburg, NC 28075 United States

**Registration Number**

# VA 2-431-436

**Effective Date of Registration:**
February 03, 2025
**Registration Decision Date:**
February 05, 2025

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
    **For Photographs Published:** November 14, 2014 to November 14, 2014

### Title

| | |
|---:|:---|
| **Title of Group:** | Urinal Shot Glasses 2014 |
| **Number of Photographs in Group:** | 5 |
| • **Individual Photographs:** | USG-1, |
| | USG-2, |
| | USG-3, |
| | USG-4, |
| | USG-5, |
| **Published:** | November 2014 |

### Completion/Publication

| | |
|---:|:---|
| **Year of Completion:** | 2014 |
| **Earliest Publication Date in Group:** | November 14, 2014 |
| **Latest Publication Date in Group:** | November 14, 2014 |
| **Nation of First Publication:** | United States |

### Author

| | |
|---:|:---|
| • **Author:** | Fairly Odd Treasures |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

### Copyright Claimant

| | |
|---:|:---|
| **Copyright Claimant:** | Fairly Odd Treasures |
| | PO BOX 626, Harrisburg, NC, 28075, United States |

## Rights and Permissions

**Organization Name:** Fairly Odd Treasures
**Address:** PO BOX 626
Harrisburg, NC 28075 United States

## Certification

**Name:** Shreya Tiwari
**Date**: February 03, 2025

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

## Urinal Shot Glasses - Copyright Summary

| Image | Filename | Registration # | Registration Date |
|---|---|---|---|
|  | USG-1 | VA0002431436 | 02/05/2025 |
|  | USG-2 | VA0002431436 | 02/05/2025 |

|  | USG-3 | VA0002431436 | 02/05/2025 |
|---|---|---|---|
|  | USG-4 | VA0002431436 | 02/05/2025 |
|  | USG-5 | VA0002431436 | 02/05/2025 |